# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel E Breitenfeldt, | No. CV-20-01941-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| CVS Pharmacy Incorporated, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Dismiss Without Prejudice (Doc. 10), and good cause appearing,

**IT IS ORDERED granting** the Stipulation to Dismiss Without Prejudice (Doc. 10) and dismissing this action, without prejudice, in its entirety, and with each party to bear their own costs and attorneys' fees at this time.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 18th day of November, 2020.

Michael T. Liburdi
United States District Judge